UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------------ x
WAYNE GILMORE,                                         :    CIVIL ACTION
an individual,                                         :
                                                       :    NO. 2:17-cv-2646
          Plaintiff,                                   :
                                                       :    SECTION "E" (2)
v.                                                     :
                                                       :    JUDGE SUSAN MORGAN
TAT-LYN, L.L.C.,                                       :
a Louisiana Limited Liability Company,                 :    MAG. JOSEPH C. WILKINSON, JR.
                                                       :
          Defendant.                                   :
------------------------------------------------------ x
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: July 26, 2017

Respectfully submitted,                                    Respectfully submitted,

 */s/ Georgianne Sims Ku*                                   */s/ Simeon B. Reimonenq, Jr.*
Georgianne Sims, Esq.  # 27879                             Simeon B. Reimonenq, Jr., Esq. #19755
KU & MUSSMAN, P.A.                                         LUGENBUHL,WHEATON, PECK,
18501 Pines Blvd., Suite 209-A                             RANKIN &HUBBARD
Pembroke Pines, FL 33029                                   601 Poydras Streert, Suite 2775
Tel: (305) 891-1322                                        New Orleans, LA 70130
Fax: (305) 891-4512                                        Tel: (504) 568-1990
Email: Georgianne.sims@gmail.com                           Fax: (504) 310-9195
                                                           Email: sreimonenq@lawla.com

**ATTORNEYS FOR PLAINTIFF**

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to the following:

Simeon B. Reimonenq, Jr., Esq.
LUGENBUHL,WHEATON, PECK,
RANKIN &HUBBARD
601 Poydras Streert, Suite 2775
New Orleans, LA 70130

                                            */s/ Georgianne Sims Ku*
                                            Georgianne Sims, Esq.  # 27879